**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DARA WRIGHT,
an individual,

      Plaintiff,

v.

W.S BADCOCK CORPORATION,
a Florida for-profit corporation,

      Defendant.
_____/

Case No.: 8:19-cv-02073-TPB-SPF

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, DARA WRIGHT (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement*. In support thereof, Plaintiff states:

1. Plaintiff and Defendant, W.S. BADCOCK CORPORATION (hereinafter, "Defendant") reached a confidential settlement regarding all claims in this case as to Defendant, and Plaintiff and Defendant are presently drafting a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release with Defendant—and compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for Dismissal with Prejudice as to Defendant.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with counsel for Defendant, and Defendant agrees to the relief sought herein.

Submitted this 21st day of October 2019.

                                      Respectfully submitted,

LEAVENLAW

/s/ *Sean E. McEleney*
**Ian R. Leavengood, Esq., FBN 010167**
**Sean E. McEleney, Esq., FBN 125561**
**Kelly C. Burke, Esq., FBN 123506**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
smceleney@leavenlaw.com
kburke@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed a true and correct copy of the foregoing *Notice of Pending Settlement* via the CM/ECF system on October 21, 2019, which will serve a copy of the same to the following counsel of record:

Christopher L. DeCort, Esq.
James Jeffrey Burns, Esq.
Johnson, Cassidy, Newlon & DeCort, P.A.
324 S. Hyde Park Avenue, Suite 325
Tampa, FL 33606
*Attorneys for Defendant*

/s/ *Sean E. McEleney*
Attorney